# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
Department of Justice, Civil Division )
Federal Programs Branch )
20 Massachusetts Avenue, N.W. )
Room 6132 )
Washington, D.C. 20530 )
        Plaintiff, )
) CASE NUMBER 1:06CV02107
v. )
) JUDGE: Richard W. Roberts
William J. Harrison )
28 North Calvin Road ) DECK TYPE: General Civil
Weston, CT 06883 )
) DATE STAMP: 12/12/2006
        Defendant. )
)

## COMPLAINT

The United States of America, by its undersigned attorneys, brings this action for civil penalties, and for its complaint alleges as follows:

### JURISDICTION AND VENUE

1. This action arises under the Ethics in Government Act, 5 U.S.C. App. 4 §§ 101, et seq. ("the Act").

2. This Court has jurisdiction over the subject matter of this action pursuant to 5 U.S.C. App. 4 § 104(a) and 28 U.S.C. § § 1331 and 1345.

3. Venue lies in this district pursuant to 5 U.S.C. App. 4 § 104(a) and 28 U.S.C. § 1391(b).

### PARTIES

4. The plaintiff is the United States of America.

5. The defendant, Michael J. Harrison, who resides in Weston, Connecticut, is a former employee of the Department of Agriculture ("USDA"), who terminated his employment with the USDA on October 29, 2005.

## STATUTORY REQUIREMENTS

6. The Act establishes financial disclosure requirements for certain employees and appointed and elected officials of the Executive Branch of the government of the United States. The government officials and employees who are subject to the Act's reporting requirements are enumerated in 5 U.S.C. App. 4, § 101. Pursuant to that section, every covered official and employee must file a financial disclosure statement within 30 days after leaving the position.

7. Individuals subject to the Act's reporting requirements are required to report, inter alia, the following:

> The source, type, and amount or value of income (other than income referred to in subparagraph (B)) from any source (other than from current employment by the United States Government) and the source, date, and amount of honoraria from any source, received during the preceding calendar year, aggregating $200 or more in value . . .

5 U.S.C. App. 4, § 102(a)(1)(A).

8. The Act authorizes the Attorney General to bring a civil action against any individual who knowingly and willfully falsifies or who knowingly and willfully fails to file or report any information required to be reported pursuant to the Act. 5 U.S.C. App. 4, § 104(a).

9. The Act provides that the court in which such action is brought may assess a civil penalty against such individual in any amount, not to exceed $11,000. 5 U.S.C. App. 4, § 104(a). See also 5 C.F.R. § 2634.701(b).

## MR. HARRISON'S WILLFUL VIOLATION OF THE ACT

10. Mr. Harrison is subject to the Act's public financial disclosure reporting requirements because he occupied an executive branch position of a confidential or policymaking character and the Office of Government Ethics has not, by regulation, excluded him from the reporting requirements. See 5 U.S.C. app. § 101(f)(5); 5 C.F.R. § 2634.202(e); 5 C.F.R. § 2634.203.

11. Mr. Harrison is also subject to the Act's public financial disclosure reporting requirements because he occupied an executive branch position that was classified above GS-15 of the General Schedule, and the Office of Government Ethics has not, by regulation, excluded him from the reporting requirements. See 5 U.S.C. app. § 101(f)(3); 5 C.F.R. § 2634.202 (c); 5 C.F.R. § 2634.203.

12. Mr. Harrison terminated his employment with the Department of Agriculture on October 29, 2005.

13. Mr. Harrison was obligated to file a financial disclosure report within thirty days of terminating his employment with USDA. 5 U.S.C. App. 4 §101(e).

14. Mr. Harrison failed to file a financial disclosure report by November 30, 2005, the date designated by USDA as thirty (30) days after the termination of his employment.

15. After his termination on October 29, 2005, Mr. Harrison was notified at least three times of his obligation to file a termination financial disclosure report ("SF 278") no later than thirty (30) days after termination of his employment with USDA.

16. To date, Mr. Harrison has knowingly and willfully failed to file the required financial disclosure report ("SF-278").

## COUNT I

17. Plaintiff reincorporates the allegations of Paragraphs 1 through 16 above as if fully set forth herein.

18. Mr. Harrison violated the Ethics in Government Act, 5 U.S.C. App. 4 § 104, by knowingly and willfully failing to file his financial disclosure report within the time required by the Act.

## RELIEF REQUESTED

WHEREFORE, the plaintiff, the United States of America, prays that this Court enter judgment against the defendant, William J. Harrison, as follows:

A. Assess a civil penalty under Count I of up to $11,000; and

B. Grant the plaintiff such further relief as the Court may deem just and equitable, including the plaintiff's costs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

*/s/ Paul A. D*
ARTHUR R. GOLDBERG
DC Bar No. 180661

PAUL A. DEAN
Member of the New York Bar
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue NW Suite 6132
Washington, DC 20001
Telephone: (202) 514-1280
Fax: (202) 616-8470
E-mail: paul.dean@usdoj.gov

Attorneys for the United States

Dated: December 12, 2006

4

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

United States of America

## DEFENDANTS

William J. Harrison

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Paul Dean
U.S. DOJ, Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Rm 6132
Washington, DC 20530

CASE NUMBER   1:06CV02107

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 12/12/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ● 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ⊙ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. App. 4 Sec. 101 et seq., Violation of the Ethics in Government Act

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 11,000.00+   Check YES only if demanded in complaint   JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☐  If yes, please complete related case form.

DATE 12/12/06   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.