AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**United States** v.

**William J. Harrison**

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV02107

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 12/12/2006

TO: (Name and address of Defendant)

William J. Harrison
28 North Calvin Road
Weston, CT 06883

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: DEC 12 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12-22-00 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles M. Valentino | STATE MARSHAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Michael J. Harrison
28 North Calvin Rd Weston, CT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 45.00 | 40.80 | 85.80 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-22-06
                 Date

Signature of Server

76 Waverly Place
Bpt. CT 06604
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.