UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2107 (RWR) |
| ) | |
| WILLIAM J. HARRISON, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

Plaintiff filed this case and served defendant on December 22, 2006. The defendant has not filed an answer, yet plaintiff has not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before April 13, 2007 plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 2nd day of April, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge