```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
                              )
UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 06-2107 (RWR)
                              )
WILLIAM J. HARRISON,          )
                              )
        Defendant.            )
_____)
```

**ORDER**

Plaintiff filed this case on December 22, 2006 against William J. Harrison.  On April 2, 2007, plaintiff was ordered to show cause on or before April 13, 2007 why this case should not be dismissed for failure to prosecute.  Plaintiff has failed to respond. Accordingly, it is hereby

ORDERED that this case be, and hereby is, DISMISSED for failure to prosecute.

SIGNED this 20th day of April, 2007.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge