UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 06-2107 (RWR)
                               )
WILLIAM J. HARRISON,           )
                               )
        Defendant.             )
_____)
```

**ORDER**

Plaintiff United States filed and served on defendant a motion [5] to vacate dismissal and re-open proceedings on April 27, 2007. Defendant has filed no opposition to this motion. Accordingly, under Local Rule 7(b), it is hereby

ORDERED that plaintiff's motion [5] to vacate dismissal and re-open proceedings be, and hereby is, GRANTED as conceded. The Order [4] dismissing this action is VACATED. It is further

ORDERED that plaintiff shall have fifteen days within which to seek default and file a motion for default judgment.

SIGNED this 18th day of September, 2007.


                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge