# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2107 (RWR) |
| ) | |
| WILLIAM J. HARRISON ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ENTRY OF DEFAULT FOR DEFENDANT'S FAILURE TO RESPOND TO THE COMPLAINT

Plaintiff, United States, respectfully moves this Court to enter the default of William J. Harrison, Defendant, for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure. The grounds in support of this motion are more fully set forth in the accompanying memorandum.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
DC Bar No. 180661

*/s/ Paul A. Dean*
PAUL A. DEAN
Member of the New York Bar
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue NW Suite 6132
Washington, DC  20001
Telephone: (202) 514-1280
Fax: (202) 616-8470
E-mail: paul.dean@usdoj.gov

Attorneys for the United States

Dated: September 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM J. HARRISON )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-2107 (RWR) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FOR DEFENDANT'S FAILURE TO RESPOND TO THE COMPLAINT**

**INTRODUCTION**

Defendant was served with a copy of the Complaint and Summons on December 22, 2006 and Defendant's response was due no later than January 11, 2007; yet he has never entered an appearance. Accordingly, pursuant to Fed. R. Civ. P. 55(a), the Court should enter Defendant's default.

**FACTUAL BACKGROUND**

On October 29, 2005, William J. Harrison terminated his employment as Assistant Secretary of Agriculture for Administration at the United States Department of Agriculture ("USDA"). Mr. Harrison is subject to the Ethics in Government Act of 1978's public financial disclosure reporting requirements because he occupied an executive branch position of a confidential or policymaking character and because he occupied an executive branch position above GS-15 of the General Schedule. The Office of Government Ethics has not, by regulation, excluded him from reporting requirements. See 5 U.S.C. app. § 101(f)(5) & (3), 5 C.F.R. § 2634.202(e) & (c), 5 C.F.R. § 2634.203. The Ethics in Government Act requires, inter alia, individuals who occupy covered positions (like Mr. Harrison) to file a financial disclosure report on or before the thirtieth day after leaving the position unless they have accepted another covered position. See 5 U.S.C. app. 4 § 101(e); 5 C.F.R. § 2634.201(e)(1). Defendant did not file a termination financial disclosure report ("SF 278") within 30 days after termination of his

employment with USDA, nor did Mr. Harrison accept another covered position.

On December 12, 2006, the United States filed the above-captioned Complaint for civil penalties under the Act. On December 22, 2006, Defendant was served with the Summons and a copy of the Complaint. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and the Summons issued by the Court, Defendant's response was due 20 days after he was served with the Summons and the copy of the Complaint. Thus, Defendant's response to the Complaint was due no later than January 11, 2007.

On April 27, 2007, the United States moved to vacate the Court's Order dismissing the case for failure to prosecute. On September 18, 2007, the Court observed that, "[d]efendant has filed no opposition to this motion," and granted the United States' motion as conceded. September 18, 2007 Order.

## ARGUMENT

Under Fed. R. Civ. P. 55(a), a plaintiff may move for entry of a defendant's default if the defendant against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. Once a defendant's default is entered, the Court may enter judgment in default. United States v. Gant, 268 F. Supp. 2d 29 (D.D.C. 2003).

There is no question that Defendant has failed to plead or otherwise defend against the United States' Complaint. Defendant's response to the United States Complaint was due on January 11, 2007, and Defendant has yet to file a response or request an extension to respond. Moreover, the United States has put Defendant on notice of the United States' intention to seek entry of default with its Motion to Vacate. Thus, Defendant cannot argue that he is unaware of his obligation or that he has not had an opportunity to respond to the United States' Complaint. Accordingly, the United States requests that the Court enter default pursuant to Fed. R. Civ. P. 55(a).

Defendant has manifested an intentional disregard to the requirements of the Federal Rules of Civil Procedure and to this Court. Accordingly, the Court should enter default.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that the Court enter Defendant's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        ARTHUR R. GOLDBERG
        DC Bar No. 180661

        */s/ Paul A. Dean*
        PAUL A. DEAN
        Member of the New York Bar
        U.S. Department of Justice
        Civil Division
        20 Massachusetts Avenue NW Suite 6132
        Washington, DC  20001
        Telephone: (202) 514-1280
        Fax: (202) 616-8470
        E-mail: paul.dean@usdoj.gov

        Attorneys for the United States

Dated: September 19, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of September, 2007, I sent notification of the foregoing Motion for Entry of Default for Defendant's Failure to Respond to the Complaint, along with the accompanying memorandum in support, to William J. Harrison at 28 North Calvin Road, Weston, CT 06883 and at Post Office Box 1116, Weston, CT 06883, via U.S. Mail.

_/s/ Paul A. D_____
Paul A. Dean