CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America
_____
　　　　Plaintiff　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　vs.　　　　　　　　　　　　）　　Civil Action No. 06-2107 (RWR)
　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
_____　　　　）
　　　　　　　　　　　　　　　　　）
Michael J. Harrison　　　　　　　）
_____
　　　　Defendant


## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ___22nd___ day of ___December___, __2006__, and an affidavit on behalf of the plaintiff (s) having been filed, it is this ___3rd___ day of ___October___, __2007__ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

　　　　　　　　　　　　　　　　　　　　　　　Nancy M. Mayer-Whittington, Clerk


　　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America         )
                                 )
                                 )
            vs.                  )    Civil Action No. 06-2107 (RWR)
                                 )
                                 )
Michael J. Harrison              )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 3rd day of October, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Michael J. Harrison was [were]:    [personally served with process on December 22, 2006     ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
   D.C. Code Section 13-423(a)(1)       ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                                         /s/ Paul A. D_____
                                         Attorney for Plaintiff(s) [signature]
                                         U.S. DOJ, Civil Division
                                         20 Massachusetts Ave., N.W.
Member of the NY Bar                     Washington, D.C.  20530
Bar Id. Number                           Address and Telephone Number

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America
Plaintiff          )
                   )
     vs.           )     Civil Action No. 06-2107 (RWR)
                   )     In re:
Michael J. Harrison )        Michael J. Harrison
Defendant                         (Defendant)

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this __3rd__ day of __October__, __2007__, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a __unknown__ .



Paul A. Dean
Attorney for Plaintiff
United States Department of Justice
20 Massachusetts Ave., N.W. Rm.7134
Washington, D.C. 20530
Address