UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　)<br>　　Plaintiff, )<br>　　　　　)<br>　v. )<br>　　　　　)<br>Michael J. Harrison )<br>　　　　　)<br>　　Defendant. )<br>_____) | Civil Action No. 06-2107 (RWR) |

AMENDED COMPLAINT

　　The United States of America, by its undersigned attorneys, brings this action for civil penalties, and for its complaint alleges as follows:

JURISDICTION AND VENUE

　　1.　　This action arises under the Ethics in Government Act, 5 U.S.C. App. 4 §§ 101, et seq. ("the Act").

　　2.　　This Court has jurisdiction over the subject matter of this action pursuant to 5 U.S.C. App. 4 § 104(a) and 28 U.S.C. §§ 1331 and 1345.

　　3.　　Venue lies in this district pursuant to 5 U.S.C. App. 4 § 104(a) and 28 U.S.C. § 1391(b).

PARTIES

　　4.　　The plaintiff is the United States of America.

　　5.　　The defendant, Michael J. Harrison, who resides in Weston, Connecticut, is a former employee of the Department of Agriculture ("USDA"), who terminated his employment with the USDA on October 29, 2005.

STATUTORY REQUIREMENTS

　　6.　　The Act establishes financial disclosure requirements for certain employees and appointed and elected officials of the Executive Branch of the government of the United States.

The government officials and employees who are subject to the Act's reporting requirements are enumerated in 5 U.S.C. App. 4, § 101. Pursuant to that section, every covered official and employee must file a financial disclosure statement within 30 days after leaving the position.

7.   Individuals subject to the Act's reporting requirements are required to report, inter alia, the following:

> The source, type, and amount or value of income (other than income referred to in subparagraph (B)) from any source (other than from current employment by the United States Government) and the source, date, and amount of honoraria from any source, received during the preceding calendar year, aggregating $200 or more in value . . .

5 U.S.C. App. 4, § 102(a)(1)(A).

8.   The Act authorizes the Attorney General to bring a civil action against any individual who knowingly and willfully falsifies or who knowingly and willfully fails to file or report any information required to be reported pursuant to the Act. 5 U.S.C. App. 4, § 104(a).

9.   The Act provides that the court in which such action is brought may assess a civil penalty against such individual in any amount, not to exceed $11,000. 5 U.S.C. App. 4, § 104(a). See also 5 C.F.R. § 2634.701(b).

## MR. HARRISON'S WILLFUL VIOLATION OF THE ACT

10.   Mr. Harrison is subject to the Act's public financial disclosure reporting requirements because he occupied an executive branch position of a confidential or policymaking character and the Office of Government Ethics has not, by regulation, excluded him from the reporting requirements. See 5 U.S.C. app. § 101(f)(5); 5 C.F.R. § 2634.202(e); 5 C.F.R. § 2634.203.

11.   Mr. Harrison is also subject to the Act's public financial disclosure reporting requirements because he occupied an executive branch position that was classified above GS-15 of the General Schedule, and the Office of Government Ethics has not, by regulation, excluded

him from the reporting requirements.  See 5 U.S.C. app. § 101(f)(3); 5 C.F.R. § 2634.202 (c); 5 C.F.R. § 2634.203.

12.	Mr. Harrison terminated his employment with the Department of Agriculture on October 29, 2005.

13.	Mr. Harrison was obligated to file a financial disclosure report within thirty days of terminating his employment with USDA.  5 U.S.C. App. 4  §101(e).

14.	Mr. Harrison failed to file a financial disclosure report by November 30, 2005, the date designated by USDA as thirty (30) days after the termination of his employment.

15.	After his termination on October 29, 2005, Mr. Harrison was notified at least three times of his obligation to file a termination financial disclosure report ("SF 278") no later than thirty (30) days after termination of his employment with USDA.

16.	To date, Mr. Harrison has knowingly and willfully failed to file the required financial disclosure report ("SF-278").

## COUNT I

17.	Plaintiff reincorporates the allegations of Paragraphs 1 through 16 above as if fully set forth herein.

18.	Mr. Harrison violated the Ethics in Government Act, 5 U.S.C. App. 4 § 104, by knowingly and willfully failing to file his financial disclosure report within the time required by the Act.

## RELIEF REQUESTED

WHEREFORE, the plaintiff, the United States of America, prays that this Court enter judgment against the defendant, Michael J. Harrison, as follows:

A.	Assess a civil penalty under Count I of up to $11,000; and

      B.      Grant the plaintiff such further relief as the Court may deem just and equitable, including the plaintiff's costs.

                      Respectfully submitted,

                      PETER D. KEISLER
                      Assistant Attorney General

                      JEFFREY A. TAYLOR
                      United States Attorney

                      ARTHUR R. GOLDBERG
                      DC Bar No. 180661

                      */s/ Paul A. Dean*
                      PAUL A. DEAN
                      Member of the New York Bar
                      U.S. Department of Justice
                      Civil Division
                      20 Massachusetts Avenue NW Suite 7134
                      Washington, DC  20001
                      Telephone: (202) 514-1280
                      Fax: (202) 616-8470
                      E-mail: paul.dean@usdoj.gov

                      Attorneys for the United States

Dated: October 3, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of October, 2007, I sent notification of the foregoing Amended Complaint to Michael J. Harrison at 28 North Calvin Road, Weston, CT 06883 and at Post Office Box 1116, Weston, CT 06883, via U.S. Mail.

        /s/   *Paul A. Dean*
        Paul A. Dean
        Member of the New York Bar
        U.S. Department of Justice
        Civil Division
        20 Massachusetts Avenue NW, Room 7134
        Washington, DC  20001
        Telephone: (202) 514-1280
        Fax: (202) 616-8470
        E-mail: paul.dean@usdoj.gov

        Attorney for the United States