UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. HARRISON ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-2107 (RWR) |

**NOTICE OF SERVICE**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff United States timely served Michael J. Harrison with a summons and amended complaint in this action. On January 30 and 31, 2008, a private process server served copies of the summons and amended complaint upon Michael J. Harrison in compliance with Federal Rules of Civil Procedure 4(e) and 5(b). Plaintiff United States will file proof of such service with the court in the form of affidavits from the process server within ten days.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
DC Bar No. 180661

<u>/s/ Paul A. Dean</u>
PAUL A. DEAN
Member of the New York Bar
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue NW Suite 6132
Washington, DC  20001
Telephone: (202) 514-1280
Fax: (202) 616-8470
E-mail: paul.dean@usdoj.gov


Attorneys for the United States

Dated: January 31, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of January, 2008, I sent notification of the foregoing Notice of Filing to Michael J. Harrison at 28 North Calvin Road, Weston, CT 06883 and at Post Office Box 1116, Weston, CT 06883, via U.S. Mail.

      /s/  *Paul A. Dean*
Paul A. Dean
Member of the New York Bar
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue NW, Room 7134
Washington, DC 20001
Telephone: (202) 514-1280
Fax: (202) 616-8470
E-mail: paul.dean@usdoj.gov

Attorney for the United States