## In The United States District Court For The District Of Columbia

**UNITED STATES**

vs

**MICHAEL J. HARRISON**

PLAINTIFF
Petitioner

DEFENDANT
Respondent

**DOCKET NO:**
1:06CV02107 RWR

**AFFIDAVIT OF SERVICE**

Now comes, Torri Schaffer, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Rockville, Maryland.

I, Torri Schaffer certify that on, **Thursday, January 31, 2008**, I served a copy of the within *Summons and Amended Complaint* upon the within named **Michael J. Harrison**, in the following manner,

**(xx)** MAILING SERVICE: That on January 30, 2008 a copy of the summons and amended complaint was electronically mailed to michaelharrisonfamily@yahoo.com and on January 31, 2008 a copy of the summons and amended complaint was mailed from the U.S. Post Office by Certified Mail Return Receipt #7007 2680 0002 9780 0679 and first class postage paid mail to Michael Harrison, 28 N. Calvin Road, Weston, CT 06883 and to Michael Harrison, P.O. Box 1116, Weston, CT 06883, Certified Mail Return Receipt # 7007 2680 0002 9780 0686 and first class postage paid mail. On January 31, 2008 a copy of the summons and amended complaint was mailed to Timothy M. Pletter, Esq., attorney of record for Chapter 7 Bankruptcy, Case No. 0750612, at 2019 Main Street, Stratford, CT 06615, Certified Return Receipt No. 7007 2680 0002 9780 0693 and first class postage paid mail.

I, Torri Schaffer certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on Thursday, January 31, 2008.

_____
Notary Public
Christina S. Thompson
Comm Exp. 03/01/2011

_____
TORRI SCHAFFER
P.O. Box 18647
Washington, DC 20036

In The United States District Court For The District Of Columbia

UNITED STATES
(Plaintiff)

AFFIDAVIT OF ATTEMPTED LOCATE

vs

CASE # 1:06CV02107 (RWR)

MICHAEL J. HARRISON
(Defendant)

I, Torri Schaffer, depose and state that I am not a party to this action, am over the age of eighteen and am Records Custodian for the firm of Torri's Legal Services, P.O. Box 18647, Washington, D.C. 20036.

At the request of Paul Dean, Esq. I was asked to locate the defendant, Michael J. Harrison, for the purpose of attempting to serve the defendant with an amended summons and complaint.

That I located Michael J. Harrison at the following addresses: 73 Redding Road, #7, Wilton, CT 06897, 28 North Calvin Road, Weston, CT 06883 and at P.O. Box 1116, Weston, CT 06883.

That I utilized numerous data bases, directory assistance and phone books and obtained the same information as when I attempted to locate the defendant in December, 2007.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by Torri Schaffer.

Sworn to and subscribed before me on Tuesday, February 5, 2008.

_____
Notary Public
Christina S. Thompson
Comm Exp. 03/01/2011

_____
Torri Schaffer
P.O. Box 18647
Washington, DC 20036

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT OF SERVICE

Index No: **1:06CV02107 (RWR)**

Plaintiff/Petitioner: **United States**

Defendant/Respondent: **Michael J. Harrison**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **01/31/2008** at **1:42 PM**, I served the within **Summons and Complaint** on **Michael J. Harrison** at **73 Redding Road #7, Wilton, CT 06897** in the manner indicated below:

☑ **TAPING TO DOOR.** By taping a true copy of each to the door of said premises, which is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

Comments: **This is a small office. No one was on the premises.**

Sworn to and subscribed before me this
**31** day of **January**, 20 **08**
by an affiant who is personally known to
me or produced identification.

X _Kevin Farina_
Kevin Farina

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: **12/31/08**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT OF SERVICE

Index No: **1:06CV02107 (RWR)**

Plaintiff/Petitioner: **United States**

Defendant/Respondent: **Michael J. Harrison**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN        ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **01/31/2008** at **2:05 PM**, I served the within **Summons and Complaint** on **Michael J. Harrison** at **28 North Calvin Road, Weston, CT 06883** in the manner indicated below:

☑ **TAPING TO DOOR.** By taping a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

Comments: **Home is vacant and winterized.**

Sworn to and subscribed before me this
__31__ day of __January__ 20 _08_
by an affiant who is/personally known to
me or produced identification.

X _____Kevin Farina_____
Kevin Farina

_____Linda J. Perlmutter_____
NOTARY PUBLIC
My Commission Expires: __12/31/08__