UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br>         Plaintiff,    )<br> )<br>         v.            )<br> )<br>**MICHAEL J. HARRISON,**     )<br> )<br>         Defendant.    )<br> ) | Civil Action No. 06-2107 (RWR) |

### ORDER TO SHOW CAUSE

On January 31, 2008, the defendant was served with the complaint. The defendant has not filed a response, and plaintiff has failed to seek entry of default or move for default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by **March 7, 2008** why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

SIGNED this 26th day of February, 2008.

                                   /s/
                              RICHARD W. ROBERTS
                              United States District Judge