CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America
_____
Plaintiff                    )
                             )
        vs.                  )    Civil Action No.  06-2107 (RWR)
                             )
Michael J. Harrison          )
_____      )
                             )
        Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ____31st____ day of __January__, __2008__, and an affidavit on behalf of the plaintiff (s) having been filed, it is this __27th__ day of __February__, __2008__ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.


                                            Nancy M. Mayer-Whittington, Clerk


                                        By _____
                                                   Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael J. Harrison )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-2107 (RWR) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 27th day of February, 2008, that I am the attorney of record for the plaintiff in the above-titled case; that the defendant Michael J. Harrison was served on January 30 and 31, 2008 by private process servers in compliance with the Federal Rules of Civil Procedure 4(e) and 5(b). *See* affidavits of Torri Schaffer and Kevin Farina filed with this Court on February 8, 2008, and attached as Exhibit 1.

On January 30, 2008, a private process server electronically mailed a copy of the summons and amended complaint to the defendant's email address where defendant had previously indicated he would accept service.

On January 31, 2008, a private process server mailed copies of the summons and amended complaint, by first class postage paid mail and by certified mail return receipt, to defendant's last known address and post office box. The server also mailed a copy of the summons and amended complaint, by first class postage paid mail and by certified mail return receipt, to defendant's bankruptcy attorney of record.

Also on January 31, 2008, a private process server posted a copy of the summons and amended complaint at both of defendant's last known physical addresses, one of which appeared to be a business address.

Thus, service was effected pursuant to Federal Rule of Civil Procedure 4(e)(1) (*see* 2008 Connecticut Rules for the Superior Court - Procedure in Civil Matters, Section 10-13) and pursuant to Federal Rules of Civil Procedure 5(b)(2)(B)(i), 5(b)(2)(C), and 5(b)(2)(E).

The authority for obtaining personal jurisdiction over the defendant outside the District of Columbia is D.C. Code Section 13- 423(a)(1).

I further certify under penalty of perjury that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired.

The clerk is requested to enter a Default against said defendant.

    Respectfully submitted,
    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    ARTHUR R. GOLDBERG
    DC Bar No. 180661

    */s/ Paul A. Dean*
    PAUL A. DEAN
    Member of the New York Bar
    U.S. Department of Justice
    Civil Division
    20 Massachusetts Avenue NW Suite 6132
    Washington, DC  20001
    Telephone: (202) 514-1280
    Fax: (202) 616-8470
    E-mail: paul.dean@usdoj.gov

    Attorneys for the United States

Dated: February 27, 2008

# EXHIBIT 1
Civil Action No. 06-2107 (RWR)

## In The United States District Court For The District Of Columbia

**UNITED STATES**

vs

**MICHAEL J. HARRISON**

PLAINTIFF
Petitioner

DEFENDANT
Respondent

**DOCKET NO:**
1:06CV02107 RWR

**AFFIDAVIT OF SERVICE**

Now comes, Torri Schaffer, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Rockville, Maryland.

I, Torri Schaffer certify that on, **Thursday, January 31, 2008**, I served a copy of the within *Summons and Amended Complaint* upon the within named **Michael J. Harrison**, in the following manner,

**(xx)**   MAILING SERVICE: That on January 30, 2008 a copy of the summons and amended complaint was electronically mailed to michaelharrisonfamily@yahoo.com and on January 31, 2008 a copy of the summons and amended complaint was mailed from the U.S. Post Office by Certified Mail Return Receipt #7007 2680 0002 9780 0679 and first class postage paid mail to Michael Harrison, 28 N. Calvin Road, Weston, CT 06883 and to Michael Harrison, P.O. Box 1116, Weston, CT 06883, Certified Mail Return Receipt # 7007 2680 0002 9780 0686 and first class postage paid mail.  On January 31, 2008 a copy of the summons and amended complaint was mailed to Timothy M. Pletter, Esq., attorney of record for Chapter 7 Bankruptcy, Case No. 0750612, at 2019 Main Street, Stratford, CT 06615, Certified Return Receipt No. 7007 2680 0002 9780 0693 and first class postage paid mail.

I, Torri Schaffer certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on Thursday, January 31, 2008.

_____
*Notary Public*
Christina S. Thompson
Comm Exp. 03/01/2011

_____
**TORRI SCHAFFER**
P.O. Box 18647
Washington, DC 20036

In The United States District Court For The District Of Columbia

UNITED STATES
(Plaintiff)

vs

MICHAEL J. HARRISON
(Defendant)

AFFIDAVIT OF ATTEMPTED LOCATE

CASE # 1:06CV02107 (RWR)

I, Torri Schaffer, depose and state that I am not a party to this action, am over the age of eighteen and am Records Custodian for the firm of Torri's Legal Services, P.O. Box 18647, Washington, D.C. 20036.

At the request of Paul Dean, Esq. I was asked to locate the defendant, Michael J. Harrison, for the purpose of attempting to serve the defendant with an amended summons and complaint.

That I located Michael J. Harrison at the following addresses: 73 Redding Road, #7, Wilton, CT 06897, 28 North Calvin Road, Weston, CT 06883 and at P.O. Box 1116, Weston, CT 06883.

That I utilized numerous data bases, directory assistance and phone books and obtained the same information as when I attempted to locate the defendant in December, 2007.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct and that this affidavit was executed by Torri Schaffer.

Sworn to and subscribed before me on Tuesday, February 5, 2008.

_____
Notary Public
Christina S. Thompson
Comm Exp. 03/01/2011

_____
Torri Schaffer
P.O. Box 18647
Washington, DC 20036

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT OF SERVICE

Index No: **1:06CV02107 (RWR)**

Plaintiff/Petitioner: **United States**

Defendant/Respondent: **Michael J. Harrison**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN         ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **01/31/2008** at **1:42 PM**, I served the within **Summons and Complaint** on **Michael J. Harrison** at **73 Redding Road #7, Wilton, CT 06897** in the manner indicated below:

☑ **TAPING TO DOOR.** By taping a true copy of each to the door of said premises, which is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

Comments: **This is a small office. No one was on the premises.**

Sworn to and subscribed before me this
___31___ day of __January__, 20 _08_
by an affiant who is personally known to
me or produced identification.

X _____Kevin Farina_____
Kevin Farina

_____Linda J. Perlmutter_____
NOTARY PUBLIC
My Commission Expires: __12/31/08__

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## AFFIDAVIT OF SERVICE

Index No: **1:06CV02107 (RWR)**

Plaintiff/Petitioner: **United States**

Defendant/Respondent: **Michael J. Harrison**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN      ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **01/31/2008** at **2:05 PM**, I served the within **Summons and Complaint** on **Michael J. Harrison** at **28 North Calvin Road, Weston, CT 06883** in the manner indicated below:

☑ **TAPING TO DOOR.** By taping a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

Comments: **Home is vacant and winterized.**

Sworn to and subscribed before me this
_31_ day of _January_ 20_08_
by an affiant who is/personally known to
me or produced identification.

X _Kevin Farina_
Kevin Farina

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires: _12/31/08_

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of February, 2008, I sent notification of the foregoing Affidavit In Support of Default and Military Affidavit to Michael J. Harrison at 28 North Calvin Road, Weston, CT 06883 and at Post Office Box 1116, Weston, CT 06883, via U.S. Mail.

      /s/  *Paul A. Dean*
Paul A. Dean
Member of the New York Bar
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue NW, Room 7134
Washington, DC  20001
Telephone: (202) 514-1280
Fax: (202) 616-8470
E-mail: paul.dean@usdoj.gov


Attorney for the United States

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| <u>United States of America</u> | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. <u>06-2107 (RWR)</u> |
| | ) | In re: |
| <u>Michael J. Harrison</u> | ) | <u>Michael J. Harrison</u> |
| Defendant | | (Defendant) |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

    I hereby certify under penalty of perjury, this <u>27th</u> day of <u>February</u>, <u>2008</u>, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

    I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a <u>unknown</u>.



<u>Paul A. Dean</u>
Attorney for Plaintiff
<u>  United States Department of Justice</u>

<u>  20 Massachusetts Avenue, NW Rm 7134</u>

<u>  Washington, D.C. 20530     </u>
Address