```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2107 (RWR) |
| | ) | |
| **MICHAEL J. HARRISON,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff has filed a motion for default judgment and the defendant has failed to respond within the time prescribed by Local Civil Rule 7(b). Accordingly, it is hereby

ORDERED that plaintiff's motion [17] for default judgment be, and hereby is, GRANTED. Judgment is entered for plaintiff against defendant for $11,000 pursuant to 5 U.S.C. app. § 504 and 28 C.F.R. § 85.3.

SIGNED this 24th day of March, 2008.

```
                                  _____/s/_____
                                  RICHARD W. ROBERTS
                                  United States District Judge
```